ERNEST SCOTT KINNEY #207234
2014 Tulare St., Ste 300
Fresno CA  93721
Telephone: (559) 905-1259
Facsimile: (559) 441-0890

Attorney for Defendant Johnny Refugio-Pineda

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY REFUGIO-PINEDA<br><br>Defendant. | No.  1:23-CR-00081-CRB<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ERNEST SCOTT KINNEY AS ATTORNEY OF RECORD AND ORDER** |

On July 28, 2023 Defendant Johnny Refugio-Pineda was arrested for Federal Supervised Release violations.  CJA Panel Attorney Ernest Scott Kinney was appointed as trial counsel to represent Mr. Refugio-Pineda on August 15, 2023, in his criminal case.  Mr. Refugio-Pineda. Mr. Refugio-Pineda was sentenced [following admission to violations] on December 11, 2023.  The time for filing a direct appeal was December 25, 2023.  No direct appeal was filed.  Mr. Refugio-Pineda was in custody at sentencing.   Mr. Refugio-Pineda was committed to the Bureau of Prisons as directed on December 11, 2023.  The trial phase of Mr. Refugio-Pineda's criminal case has, therefore, come to an end.   Having completed his/her representation of Mr. Refugio-Pineda, CJA attorney Ernest Scott Kinney now moves to terminate his/her appointment under the Criminal Justice Act.

Should Mr. Refugio-Pineda require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated:   April 26, 2024          Respectfully submitted,

*Ernest S. Kinney*
Ernest S. Kinney, Attorney for
Defendant, Johnney Refugio-Pineda

**ORDER**

Having reviewed the notice and found that attorney Ernest Scott Kinney has completed the services for which he was appointed, the Court hereby grants attorney Kinney's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Refugio-Pineda at the following address and to update the docket to reflect Defendant's pro se status and contact information.

IT IS SO ORDERED.

Dated:   **May 1, 2024**

UNITED STATES MAGISTRATE JUDGE