PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
CHAN HEE CHU
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00081-CRB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| JOHNNY REFUGIO-PINEDA, | DATE: May 17, 2024 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Erica P. Grosjean |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, submit this stipulation to continue the May 17, 2024 status conference in this matter:

1. Defense counsel requests additional time to review discovery, research the charges in the petition, and explore resolution. Counsel requests a continuance to June 7, 2024 or a date after June 7, 2024 convenient for the Court.

2. The United States has no objection to the continuance.

Dated: May 15, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ CHAN HEE CHU
CHAN HEE CHU
Assistant United States Attorney

STIPULATION                                                1

Dated: May 15, 2024

/s/ Ernest Kinney
Ernest Kinney
Counsel for Defendant

## ORDER

IT IS SO ORDERED. The status conference on May 17, 2024 is continued to **June 7, 2024 at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:   **May 15, 2024**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION

2