1  ERNEST SCOTT KINNEY #207234
   2014 Tulare St., Ste 300
2  Fresno CA  93721
   Telephone: (559) 905-1259
3  Facsimile: (559) 441-0890

4  
   Attorney for Defendant Johnny Refugio-Pineda
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           No.  1:23-CR-00081-001-TLN

12              Plaintiff,
                                        **MOTION TO TERMINATE CJA
13        v.                            APPOINTMENT OF ERNEST SCOTT
                                        KINNEY AS ATTORNEY OF RECORD
14  JOHNNY REFUGIO-PINEDA               AND ORDER**

15              Defendant.

16

17

18
         On May 2, 2024,2023 Defendant Johnny Refugio-Pineda was arrested for Federal
19
    Supervised Release violations.  CJA Panel Attorney Ernest Scott Kinney was appointed as trial
20
    counsel to represent Mr. Refugio-Pineda on May 14, 2024, in his criminal case.  Mr.Refugio-
21
    Pineda. Mr. Refugio-Pineda was sentenced [following admission to violations] on September 9,
22
    2024.  The time for filing a direct appeal was September 23, 2024.  No direct appeal was filed.
23
    Mr. Refugion-Pineda was in custody at sentencing.   Mr. Refugio-Pineda was committed to the
24
    Bureau of Prisons as directed on September 9, 2024.  The trial phase of Mr. Refugio-Pinneda's
25
    criminal case has, therefore, come to an end.   Having completed his/her representation of Mr.
26
    Refugio-Pineda, CJA attorney Ernest Scott Kinney now moves to terminate his appointment under
27
    the Criminal Justice Act.
28

Should Mr.Refugio-Pineda require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated:   October 26, 2024                                        Respectfully submitted,


                                                                    *Ernest S. Kinney*
                                                            Ernest S. Kinney, Attorney for
                                                            Defendant, Johnny Refugio-Pineda

## ORDER

Having reviewed the notice and found that attorney Ernest Scott Kinney has completed the services for which he was appointed, the Court hereby grants attorney Kinney's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Refugio-Pineda at the following address and to update the docket to reflect Defendant's pro se status and contact information.

**IT IS SO ORDERED**


Dated:  October 28, 2024                         _____
                                                 Troy L. Nunley
                                                 Chief United States District Judge

Johnny Refugio-Pineda
Central Valley Community Correctional Facility
245 Taylor Ave, McFarland, CA 93250